# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 1:12-CR-96
     )
DANTE SOBERAENIS-BENITEZ

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **DANTE SOBERAENIS-BENITEZ**

Detained at (custodian): **WASCO**

Detainee is:   a.) ☒ charged in this district by:
    ☒ Indictment     ☐ Information     ☐ Complaint
    Charging Detainee With: **8 U.S.C. § 1326(a) & (b)(2) -Deported Alien Found in the United States**

    or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.) ☒ return to the custody of detaining facility upon termination of proceedings
    or   b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary in the Eastern District of California.*

Signature: /s/ Andrew L. Gradman
Printed Name & Phone No: **Andrew L. Gradman (559) 497-4000**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, , and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

5 November 2012           /s/ Dennis L. Beck
Date           United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male ☒   Female ☐ |
| Booking or CDC #: | AM4408 | DOB: |
| Facility Address: | | Race: |
| | | FBI #: 770467JB2 |
| Facility Phone: | | |
| Currently Incarcerated For: | | |

**RETURN OF SERVICE**

Executed on _____ by _____     _____
          (Signature)